**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00453-CV

---

## SETTLEMENT FUNDING, LLC AND PEACHTREE SETTLEMENT FUNDING, LLC AND J.G. WENTWORTH ORIGINATIONS, LLC, Appellants

### V.

### RSL FUNDING, LLC, Appellee

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-23366**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 6, 2019. On March 9, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.